UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KIM OGUNGBESAN, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 5:17-CV-218-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 21]. Plaintiff's motion for judgment on the pleadings [D.E. 16] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 18] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on August 3, 2018, and Copies To:**
| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF electronic notification) |
| David N. Mervis | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
August 3, 2018　　　　　　　　　　　　(By) /s/ Nicole Sellers
　　　　　　　　　　　　　　　　　　　　Deputy Clerk