UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| KIM OGUNGBESAN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 5:17-CV-218-D** |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $5,046.13 and that Plaintiff's counsel pay to Plaintiff the sum of $4,000.00 and upon the payment of such sums, this case is dismissed with prejudice.

**This Judgment Filed and Entered on July 15, 2019, and Copies To:**

| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| David N. Mervis | (via CM/ECF electronic notification) |

DATE:  
July 15, 2019

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
      Deputy Clerk